FILE COPY

RE: Case No. 15-0666          DATE: 9/29/2015
   COA #: 04-14-00275-CV   TC#: 2011CVT000305D2
STYLE:WEBB COUNTY
   v. ADRIANA PEREZ

   A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MS. ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    1110 VICTORIA ST. SUITE 203
                    LAREDO, TX  78040

FILE COPY

RE: Case No. 15-0666                DATE: 9/29/2015
    COA #: 04-14-00275-CV    TC#: 2011CVT000305D2
STYLE:WEBB COUNTY
    v. ADRIANA PEREZ

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    R.   BLAKE BRUNKENHOEFER
                    BRUNKENHOEFER TURMAN PLLC
                    500 N SHORELINE BLVD STE 1100
                    CORPUS CHRISTI, TX  78401-0354

FILE COPY

RE: Case No. 15-0666          DATE: 9/29/2015
COA #: 04-14-00275-CV     TC#: 2011CVT000305D2
STYLE: WEBB COUNTY
   v. ADRIANA PEREZ

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. KEITH E. HOTTLE
CLERK, FOURTH COURT OF APPEALS
BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA, STE. 3200
SAN ANTONIO, TX  78205

FILE COPY

RE: Case No. 15-0666                    DATE: 9/29/2015
COA #: 04-14-00275-CV    TC#: 2011CVT000305D2
STYLE:WEBB COUNTY
    v. ADRIANA PEREZ

   A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MOLLY HIGGINS SANTOS
                    WEBB COUNTY ATTORNEYS OFFICE
                    1110 WASHINGTON ST STE 301
                    LAREDO, TX  78040-4471

FILE COPY

RE: Case No. 15-0666                    DATE: 9/29/2015
    COA #: 04-14-00275-CV    TC#: 2011CVT000305D2
STYLE:WEBB COUNTY
    v. ADRIANA PEREZ

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. JOHN BLAISE GSANGER
THE EDWARDS LAW FIRM
PO BOX 480
CORPUS CHRISTI, TX  78403-0480